IN THE SUPREME COURT OF THE STATE OF KANSAS

No. 127,338

In the Matter of ERIC MICHAEL GAMBLE,
*Respondent.*

ORDER OF DISCHARGE FROM PROBATION

On November 8, 2024, the court suspended Eric Michael Gamble's Kansas law license for 6 months but stayed the suspension on the condition that he successfully complete 12 months of supervised probation. *In re Gamble*, 319 Kan. 680, 695, 558 P.3d 290 (2024).

On January 8, 2026, Gamble filed a motion for discharge from probation. He attached his affidavit and an affidavit from his supervising attorney describing Gamble's compliance with his probation terms and conditions. The Office of the Disciplinary Administrator responded that Gamble complied with his probation terms and conditions and is eligible for discharge. See Supreme Court Rule 227(g) (2025 Kan. S. Ct. R. at 277) (outlining the process for a motion for discharge).

The court grants Gamble's motion and fully discharges him from probation. The court also assesses any remaining costs of this proceeding to Gamble. Accordingly, this disciplinary proceeding is closed. The court directs the Reporter of Decisions to publish this order in the Kansas Reports.

Dated this 10th day of February 2026.

LUCKERT, J., not participating.